NUMBER 13-05-0052-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________

LORENZO C. GARRETT,                                                    Appellant,

v.

NON ADVERSARY (CHANGE OF NAME),                              Appellee.
____________________________________________________________

On appeal from the 61st District Court
of Harris County, Texas.
____________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, LORENZO C. GARRETT, perfected an appeal from a judgment entered
by the 61st District Court of Harris County, Texas, in cause number 0444525. No
clerk’s record has been filed due to appellant’s failure to pay or make arrangements to
pay the clerk’s fee for preparing the clerk’s record. 
         If the trial court clerk fails to file the clerk’s record because the appellant failed
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).
         On March 8, 2005, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten days to
explain why the cause should not be dismissed. To date, appellant has failed to
correct the defect.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to pay or make arrangements to pay the clerk’s fee for preparing the
clerk’s record, this Court’s notice, and appellant’s failure to correct the defect, is of
the opinion that the appeal should be dismissed for want of prosecution. The appeal
is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 7th day of April, 2005.